IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 22-03140-02-CR-S-BP |
| ) | |
| HEATH T. HUNTOON, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On August 25, 2023, the Honorable David P. Rush, Magistrate Judge for this District, issued a Report and Recommendation, suggesting that Defendant Heath Huntoon's Motion to Dismiss the Indictment or, in the Alternative, for a Bill of Particulars be denied. (Doc. 48.) No party levied an objection, and the time to do so has passed. *See* Local Rule 74.1. The Court has conducted a review of the Record and Judge Rush's Report and Recommendation.[1] It agrees with his conclusions. Therefore, the Report and Recommendation is adopted in its entirety, and Defendant's Motion, (Doc. 41), is **DENIED**.

**IT IS SO ORDERED.**

Date: September 15, 2023

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] With respect to Defendant's request to dismiss the Indictment, the Report and Recommendation was reviewed *de novo*. 28 U.S.C. § 636(b)(1)(B); Local Rule 74.1(b). With respect to Defendant's request for a bill of particulars, the Report and Recommendation was reviewed to determine whether Judge Rush's decision was clearly erroneous or contrary to the law. *See* 28 U.S.C. § 636(b)(1)(A); Local Rule 74.1(a).